# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH DAKOTA

_____ DIVISION

| | |
|---|---|
| Melaine R. Wilson <br> 547 BIA 28 <br> Wounded Knee, SD 57794 <br> AND ALL ENROLLED SERVED BY BIA <br> (Enter the full name of the Plaintiff[s] in this action) <br><br> vs. <br><br> Department of Interior <br> Bureau of Indian Affairs-Washington D.C. <br> Bureau of Indian Affairs-Pine Ridge Agency <br> Oglala Sioux Tribe Land Office <br> Oglala Sioux Tribe Land Committee <br> (Enter the full name of **ALL** Defendant[s] in this action. Fed. R. Civ. P. 10(a) requires that the caption of the complaint include the names of all the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.) | Case No. 5:22-CV-5094 <br> (To be assigned by <br> Clerk of District Court) |

## COMPLAINT

I. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitution provisions, if you know them. Fed .R .Civ. P. 8(a)(1) requires a short and plain statement of the grounds for the court's jurisdiction.):

Federal Employees of the Bureau of Indian Affairs Realty Office are taking Federal Tribal Trust Lands by the use of Illegal Indian Trust Patents in the thousands and thousands of Acres. Attached detailed Complaint for Class Action Suit to reclaim Lands within the Exterior Borders of the Pine Ridge Indian Reservation for Oglala County, Jackson County and Bennett County (1910 Homestead Act). Other Enrolled Members from other Tribes served by Bureau of Indian Affairs have also had Tribal Trust Lands stolen from them. Pennington County, South Dakota and Todd County, South Dakota are Interested Parties from Illegal T.P.

1

II.  Plaintiff, Melaine R. Wilson _____ resides at

547 BIA 28 _____
    (street address)
Wounded Knee _____ , Oglala _____ ,
(city)                          (county)
South Dakota _____ , 57794 , 605-867-6990 _____
(state)        (zip)      (telephone number)

(If more than one plaintiff, provide the same information for each plaintiff below)
As a Former (Warranted by Congress) Contingency Contracting Officer- it is my Lifelong Duty to Protect Federal Monies, Lands, and Assets from Fraud, Waste and Abuse.

III. Defendant, Department of Interior _____ resides at, or its business is located at

1849 C Street NW - Mail Stop 4428 _____
(street address)
Washington _____ , _____ ,
(city)                          (county)
D.C _____ , 20240 , _____
(state)        (zip)      (telephone number)

(If more than one defendant, provide the same information for each defendant below)
Bureau of Indian Affairs
MS-4606 1849 C Street, N.W.
Washington D.C. 20240

Bureau of Indian Affairs
Pine Ridge Agency
Pine Ridge, SD ~~57794~~ 57770

Oglala Sioux Tribe Land Office
P.O. Box 2070
Pine Ridge, SD ~~57794~~ 57770

Oglala Sioux Tribe Land Committee
P.O. Box 2070
Pine Ridge, S.D. ~~577~~ 57770

2

DSD 12-12

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

These Entities were established to Protect the Oglala Sioux Tribe Members and other Enrolled Members served by the Bureau of Indian Affairs, but the BIA Realty Office and the Oglala Sioux Tribe Council through the Oglala Sioux Tribe Land Office and the Oglala Sioux Tribe Land Committee have taken thousands of acres of Tribal Trust Lands for Personal Gain through Theft.

V. Relief (State briefly and exactly what you want the Court to do for you.)

A Review of Indian Trust Patents with Digital Maps made available through the Bureau of Trust Funds Administration using our Enrolled Numbers for our Respective Tribes.

Lands returned to Tribes that were Illegally taken by Illegal Indian Trust Patents.

DSD 12-12

VI. **MONEY DAMAGES:**

    A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

        YES [X]        NO [ ]

    B) If your answer to "A" is YES, state below the amount claimed and the reason[s] you believe you are entitled to recover such monetary damages:
    $10,000.00 per Enrolled Member served by BIA

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

        YES [X]        NO [ ]

VIII. Are you requesting a Jury Trial?

        YES [ ]        NO [X]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __2__ day of __December__, 20__22__

*Melaine R. Wilson*

Signature of Plaintiff[s]

4

DSD 12-12

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Melaine R. Wilson
547 BIA 28
Wounded Knee, SD 57794

## DEFENDANTS
Department of Interior
1849 C Street NW - Mail Stop 4428
Washington D.C. 20240

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** ☒ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☒ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Federal Acquistion Regulation Part 3-Bad Business Practices
Brief description of cause:
Fraud, Waste and Abuse

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 120,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____