UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| MELAINE R. WILSON,<br>                Plaintiff<br><br>                vs.<br><br>DEPARTMENT OF INTERIOR,<br>BUREAU OF INDIAN AFFAIRS-<br>WASHINGTON, D.C., BUREAU OF<br>INDIAN AFFAIRS-PINE RIDGE<br>AGENCY, OGLALA SIOUX TRIBE<br>LAND OFFICE, OGLALA SIOUX<br>TRIBE LAND COMMITTEE,<br>                Defendants | 5:22-cv-5094<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order entered with the Clerk on July 31, 2023,

IT IS ORDERED, ADJUDGED and DECREED that the Complaint is dismissed without prejudice.

Dated this **2ⁿᵈ** day of August, 2023.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK